# EXHIBIT 1



The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

### IN THE DISTRICT COURT IN AND FOR TULSA COUNTY, OKLAHOMA

JAMES EASON,
    Plaintiff,
v.
LIBERTY MUTUAL INSURANCE COMPANY,
    Defendant.

No. CJ-2017-305
(Civil relief more than $10,000: BAD FAITH INSURER LIABILITY AND BREACH AGREEMENT CONTRACT)

Filed: 01/25/2017

Judge: Morrissey, Linda G.

## PARTIES

EASON, JAMES, Plaintiff
LIBERTY MUTUAL INSURANCE COMPANY, Defendant

## ATTORNEYS

| Attorney | Represented Parties |
|---|---|
| NATHAN, JODY RAE (Bar #11685)<br>P.O. BOX 702860<br>TULSA, OK 74170 | EASON, JAMES |

## EVENTS

None

## ISSUES

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

**Issue # 1.**   Issue: BAD FAITH INSURER LIABILITY AND BREACH AGREEMENT CONTRACT (OTHER)
Filed By: EASON, JAMES
Filed Date: 01/25/2017

**Party Name**   **Disposition Information**

| Party Name | Disposition Information |
|---|---|
| **Defendant:** | |
| LIBERTY MUTUAL INSURANCE COMPANY | |

# DOCKET

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 01-25-2017 | TEXT | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | 1 | | |
| 01-25-2017 | OTHER | BAD FAITH INSURER LIABILITY AND BREACH AGREEMENT CONTRACT | | | |
| 01-25-2017 | DMFE | DISPUTE MEDIATION FEE | | | $ 7.00 |
| 01-25-2017 | PFE1 | PETITION<br>Document Available (#1035799456)<br>🗎 TIFF   📄 PDF | | | $ 163.00 |
| 01-25-2017 | PFE7 | LAW LIBRARY FEE | | | $ 6.00 |
| 01-25-2017 | OCISR | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | | | $ 25.00 |
| 01-25-2017 | OCJC | OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | | | $ 1.55 |
| 01-25-2017 | OCASA | OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES | | | $ 5.00 |
| 01-25-2017 | SSFCHSCPC | SHERIFF'S SERVICE FEE FOR COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | $ 10.00 |
| 01-25-2017 | CCADMINCSF | COURT CLERK ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | $ 1.00 |
| 01-25-2017 | CCADMIN0155 | COURT CLERK ADMINISTRATIVE FEE ON $1.55 COLLECTION | | | $ 0.16 |
| 01-25-2017 | SJFIS | STATE JUDICIAL REVOLVING FUND - INTERPRETER AND TRANSLATOR SERVICES | | | $ 0.45 |
| 01-25-2017 | DCADMIN155 | DISTRICT COURT ADMINISTRATIVE FEE ON $1.55 COLLECTIONS | | | $ 0.23 |
| 01-25-2017 | DCADMIN05 | DISTRICT COURT ADMINISTRATIVE FEE ON $5 COLLECTIONS | | | $ 0.75 |
| 01-25-2017 | DCADMINCSF | DISTRICT COURT ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | $ 1.50 |

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 01-25-2017 | CCADMIN04 | COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS | | | $ 0.50 |
| 01-25-2017 | LTF | LENGTHY TRIAL FUND | | | $ 10.00 |
| 01-25-2017 | SMF | SUMMONS FEE (CLERKS FEE) | | | $ 10.00 |
| 01-25-2017 | SMIMA | SUMMONS ISSUED - MAILED BY ATTORNEY | | | |
| 01-25-2017 | TEXT | OCIS HAS AUTOMATICALLY ASSIGNED JUDGE MORRISSEY, LINDA G. TO THIS CASE. | | | |
| 01-25-2017 | ACCOUNT | RECEIPT # 2017-3488598 ON 01/25/2017. PAYOR: STAUFFER & NATHAN TOTAL AMOUNT PAID: $ 232.14. LINE ITEMS: CJ-2017-305: $173.00 ON AC01 CLERK FEES. CJ-2017-305: $6.00 ON AC23 LAW LIBRARY FEE CIVIL AND CRIMINAL. CJ-2017-305: $1.66 ON AC31 COURT CLERK REVOLVING FUND. CJ-2017-305: $5.00 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES. CJ-2017-305: $1.55 ON AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND. CJ-2017-305: $7.00 ON AC64 DISPUTE MEDIATION FEES CIVIL ONLY. CJ-2017-305: $0.45 ON AC65 STATE JUDICIAL REVOLVING FUND, INTERPRETER SVCS. CJ-2017-305: $2.48 ON AC67 DISTRICT COURT REVOLVING FUND. CJ-2017-305: $25.00 ON AC79 OCIS REVOLVING FUND. CJ-2017-305: $10.00 ON AC81 LENGTHY TRIAL FUND. | | | |
| 01-25-2017 | ADJUST | ADJUSTING ENTRY: MONIES DUE TO AC09-CARD ALLOCATION | | | $ 0.25 |

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 01-25-2017 | ACCOUNT | ADJUSTING ENTRY: MONIES DUE TO THE FOLLOWING AGENCIES REDUCED BY THE FOLLOWING AMOUNTS: CJ-2017-305: AC88 SHERIFF'S SERVICE FEE FOR COURT HOUSE SECURITY -$0.25 | | | |
| 01-25-2017 | ACCOUNT | RECEIPT # 2017-3488602 ON 01/25/2017. PAYOR: PAULA GALVAN TOTAL AMOUNT PAID: $ 10.00. LINE ITEMS: CJ-2017-305: $0.25 ON AC09 CARD ALLOCATIONS. CJ-2017-305: $9.75 ON AC88 SHERIFF'S SERVICE FEE FOR COURT HOUSE SECURITY. | | | |
| 02-15-2017 | S | PARTY HAS BEEN SUCCESSFULLY SERVED./ FOR OKLAHOMA INSURANCE COMMISSIONER / BY CERT MAIL / STAMPED OK INS DEPT / 2-9-17 Document Available (#1036117237) 📄TIFF 📄PDF | | LIBERTY MUTUAL INSURANCE COMPANY | |