IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. JAMES EASON, an individual,<br>    Plaintiff,<br>vs.<br><br>2. LIBERTY MUTUAL INSURANCE COMPANY, a foreign corporation, and<br>3. LM GENERAL INSURANCE, COMPANY, a foreign corporation,<br><br>    Defendants. | Case No.17-CV-104-CVE-TLW<br><br>**JURY TRIAL DEMANDED**<br>**ATTORNEY'S LIEN**<br>**CLAIMED** |

**Stipulation of dismissal as to Liberty Mutual Insurance Company Only**

The parties hereby stipulate to the dismissal of Liberty Mutual Insurance Company only, without prejudice to refiling the same per Fed. R. Civ. P. Rule 41(a)(1)(A)(ii).

Respectfully submitted,

s/ Jody R. Nathan
Jody R. Nathan, OBA No. 11685
P.O. Box 702860
Tulsa, OK  74170-2860
918-592-7070 (Telephone)
918-592-7071 (Facsimile)
Attorneys for James Eason

s/ William W. O'Connor
William W. O'Connor, OBA No. 13200
Margo E. Shipley, OBA No. 32118
NEWTON O'CONNOR TURNER & KETCHUM, PC
15 West Sixth Street, Suite 2700
Tulsa, Oklahoma 74119-5423
(918) 587-0101 telephone
(918) 587-0102 facsimile
boconnor@newtonoconnor.com
mshipley@newtonoconnor.com
Attorneys for Defendant, Liberty Mutual Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2017, I electronically transmitted the above and foregoing to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the
following ECF registrants:


William W. O'Connor
Margo E. Shipley

                                                s/ Jody R. Nathan