IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1.  JAMES EASON, an individual,<br><br>    Plaintiff,<br>vs.<br><br>2.  LM GENERAL INSURANCE, COMPANY, a foreign corporation,<br><br>    Defendant. | Case No.17-CV-104-CVE-TLW |

**Stipulation of Dismissal**

The parties hereby stipulate to the dismissal of LM General Insurance Company, without prejudice to refiling the same per Fed. R. Civ. P. Rule 41(a)(1)(A)(ii). Each party agrees to bear its own attorney fees and costs. Further, Plaintiff stipulates that the venue for any subsequent action against LM General Insurance Company shall be the United States District Court for the Northern District of Oklahoma.

                                                 Respectfully submitted,

| | |
|---|---|
| s/ Timothy P. Clancy | s/ William W. O'Connor |
| Clancy & Thompson, PLLC | William W. O'Connor, OBA No. 13200 |
| Timothy P. Clancy, OBA No. 14199 | Margo E. Shipley, OBA No. 32118 |
| 5801 E. 41st Street, Suite 710 | NEWTON O'CONNOR TURNER & KETCHUM, PC |
| Tulsa, OK  74135 | 15 West Sixth Street, Suite 2700 |
| 918-494-0007 (Telephone) | Tulsa, Oklahoma 74119-5423 |
| 918-515-7555 (Facsimile) | (918) 587-0101 telephone |
| Attorneys for James Eason | (918) 587-0102 facsimile |
| | Attorneys for Defendant, |
| | LM General Insurance Company |

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2017, I electronically transmitted the above and foregoing to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

William W. O'Connor
Margo E. Shipley

s/ Timothy P. Clancy